STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF BERRIEN

AMY SCOTT,

    Plaintiff,

vs.

NILES COMMUNITY SCHOOLS, DR.
MICHAEL LINDLEY, JOHN TANKE,
JULI FINDEISEN, and LORI BRAWLEY,

    Defendants.
_____/

Case No.: 2014-0255-CD

Hon. John M. Donahue

| Stanley F. Wruble, III | Craig R. Noland (P30717) |
|---|---|
| WRUBLE & ASSOCIATES | John A. Mullett (P49880) |
| Attorneys for Plaintiff | McGRAW MORRIS P.C. |
| 315 North Main Street | Attorney for Defendants |
| South Bend, IN 46601 | 300 Ottawa Avenue, N.W., Suite 820 |
| (574) 282-2200/Fax (574) 234-2834 | Grand Rapids, MI 49503 |
| stan@wrublelaw.com | (616) 288-3700/Fax (616) 214-7712 |
| | cnoland@mcgrawmorris.com |
| | jmullett@mcgrawmorris.com |

## NOTICE OF FILING OF NOTICE OF REMOVAL

Defendants hereby notify this Court that it has removed this case to the United States District Court for the Western District of Michigan. A copy of the Notice of Removal filed in the United States District Court is attached to this Notice.

                                    McGRAW MORRIS, P.C.
                                    Attorneys for Defendants

Dated: November 19, 2014    BY: _____
                                    Craig R. Noland (P30717)
                                    300 Ottawa Avenue, N.W., Suite 820
                                    Grand Rapids, MI 49503
                                    **Direct Dial:** (616) 288-3702
                                    cnoland@mcgrawmorris.com